```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

        -against-                        REFERRAL ORDER
                                         06-CR-0550(JS)(AKT)
DAVID H. BROOKS,

                    Defendant.
----------------------------------------X
APPEARANCES
For the Government:      James Halleron Knapp, Esq.
                         Mary M. Dickman, Esq.
                         Richard Thomas Lunger, Jr., Esq.
                         Bonni Jessica Perlin, Esq.
                         Christopher Charles Caffarone, Esq.
                         Christopher Allen Ott, Esq.
                         James M. Miskiewicz, Esq.
                         Kathleen Anne Nandan, Esq.
                         Laura D. Mantell, Esq.
                         Marshall L. Miller, Esq.
                         Patrick Sean Sinclair, Esq.
                         United States Attorney's Office
                         Eastern District of New York
                         610 Federal Plaza
                         Central Islip, NY 11722

For Brooks:              David M. Goldstein, Esq.
                         David M.Goldstein, P.A.
                         286 NE 39th Street
                         Miami, FL 33137

                         Gerald L. Shargel, Esq.
                         Winston & Strawn LLP
                         200 Park Avenue
                         New York, NY 10166

                         Richard A. Greenberg, Esq.
                         Newman & Greenberg
                         950 Third Avenue, 32nd Floor
                         New York, NY 10022

                         Alan M. Dershowitz, Esq.
                         Harvard Law School
                         1575 Massachusetts Avenue
                         Cambridge, MA 02138
```

Nathan Z. Dershowitz, Esq.
Victoria B. Eiger, Esq.
Dershowitz, Eiger & Adelson, P.C.
220 Fifth Avenue, Suite 300
New York, NY 10001

SEYBERT, District Judge:

Pending before the Court is a letter filed by Defendant David H. Brooks' ("Brooks") requesting, in part, that this Court refer Brooks' pending motion to recuse the Undersigned to another District Judge.  (Docket Entry 1791.)  Brooks' motion to recuse the Undersigned (Docket Entry 1774) is hereby REFERRED to District Judge Arthur D. Spatt for DECISION only with respect to the issue of whether Brooks waived his rights to file a motion for recusal of the Undersigned pursuant to 28 U.S.C. §§ 144, 455(a), 455(b)(1) and the Due Process Clause of the United States Constitution.  The Undersigned will decide the remaining issues related to Brooks' recusal motion in due course.

The Clerk of the Court is directed to open a miscellaneous case number for the issue referred to Judge Spatt, directly assign the new matter to Judge Spatt, and add the parties and their respective counsel identified in this Order.

To the extent that the parties intend to file documents containing confidential or privileged information, the parties are directed to move before Judge Spatt to file such documents under seal.

2

The Clerk of the Court is further directed to mail a copy of this Referral Order to Brooks' former counsel, Tai H. Park of Park & Jensen LLP.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: February  25 , 2014
       Central Islip, NY