# EXHIBIT A

Case 2:14-mc-00209-ADS   Document 2-1   Filed 02/26/14   Page 2 of 3 PageID #: 11
Case 2:06-cr-00550-JS-AKT   Document 1766-2   Filed 11/27/13   Page 2 of 26 PageID #: 18075
Case 2:06-cr-00550-JS-AKT   Document 1687   Filed 07/18/13   Page 1 of 2 PageID #: 17197



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CP:PSS

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 18, 2013

<u>By ECF</u>

Richard Greenberg
Newman & Greenberg
950 Third Avenue
New York, New York 10022

Tai H. Park
Park & Jensen LLP
630 Park Avenue, Seventh Floor
New York, New York 10017

       Re:   <u>United States v. David H. Brooks, et al., 06 CR 550 (JS)</u>

Dear Counsel:

      The government hereby provides notice that between approximately November 6, 2012 and July 2013, the United States Marshals Service (the "Marshals"), Federal Bureau of Investigation ("FBI") and this Office investigated allegations that defendant David Brooks discussed physically harming The Honorable Joanna Seybert, current and former members of the prosecution team and current and former members of the defense team.

      Judge Seybert was made aware of the alleged threat against her as part of the Marshals' standard protocol when law enforcement is made aware of potential threats. The government does not intend to offer any evidence concerning the alleged

Case 2:14-mc-00209-ADS   Document 2-1   Filed 02/26/14   Page 3 of 3 PageID #: 12
Case 2:06-cr-00550-JS-AKT   Document 1766-2   Filed 11/27/13   Page 3 of 26 PageID #: 18076
Case 2:06-cr-00550-JS-AKT   Document 1687   Filed 07/18/13   Page 2 of 2 PageID #: 17198

threats in this matter. Please contact me if you have any questions concerning this matter.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

By:   /s/Patrick Sean Sinclair
       Patrick Sean Sinclair
       Assistant U.S. Attorney
       (718) 254-6402