# EXHIBIT D

Case 2:14-mc-00209-ADS   Document 2-4   Filed 02/26/14   Page 2 of 2 PageID #: 27
Case 2:06-cr-00550-JS-AKT   Document 1766-2   Filed 11/27/13   Page 18 of 26 PageID #: 18091
Case 2:06-cr-00550-JS-AKT   Document 1690   Filed 07/18/13   Page 1 of 1 PageID #: 17201



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CP:PSS

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 18, 2013

By ECF

Richard Greenberg
Newman & Greenberg
950 Third Avenue
New York, New York 10022

Tai H. Park
Park & Jensen LLP
630 Park Avenue, Seventh Floor
New York, New York 10017

   Re: United States v. David H. Brooks, et al., 06 CR 550 (JS)

Dear Counsel:

   I write in response to concerns that you raised in your call with me earlier today and in your letter to Judge Seybert, filed earlier this afternoon. As you know, the government filed a letter regarding its investigation of allegations that the defendant threatened physical harm against various people and indicated that it does not intend to offer any evidence concerning these allegations. To be clear, to date, the government has not identified corroboration of these allegations and does not credit them.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

        By: /s/Patrick Sean Sinclair
           Patrick Sean Sinclair
           Assistant U.S. Attorney
           (718) 254-6402

cc:  Clerk of the Court (via ECF)