# EXHIBIT F

# NEWMAN & GREENBERG
## ATTORNEYS

950 THIRD AVENUE
NEW YORK, N.Y. 10022
TEL: (212) 308-7900
FAX: (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ

OF COUNSEL:
GUSTAVE H. NEWMAN
WILLIAM J. DOBIE

July 19, 2013

**By Email**
Hon. Joanna Seybert
United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *United States v. Hatfield, et al.*
Indict. No. CR-06-550 (JS)

Dear Judge Seybert:

Pursuant to the Court's instruction during the telephonic proceedings yesterday in the above-entitled matter, Tai Park, Esq., met and consulted with Mr. Brooks at some length today. On the basis of Mr. Park's report of his meeting with Mr. Brooks, I can now confirm for the Court the assumption I made and announced yesterday during the proceedings: Mr. Brooks has no intention of moving to recuse or disqualify the Court on the basis of the government's disclosure yesterday of an unsubstantiated and uncorroborated allegation of a threat of physical injury the government says it "does not credit." Thank you for your consideration of this matter.

Very truly yours,

Richard A. Greenberg

cc: AUSA Patrick Sinclair (by email)
All Brooks Defense Counsel (by email)