# EXHIBIT J

# PARK & JENSEN LLP

630 THIRD AVENUE
SEVENTH FLOOR
NEW YORK, NEW YORK 10017

(646) 200-6300

WWW.PARKJENSEN.COM

TAI H. PARK
TPARK@PARKJENSEN.COM
DIRECT DIAL (646) 200-6310
FACSIMILE (646) 200-6311

February 13, 2014

BY FAX

Hon. Joanna Seybert
United States District Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Re:   <u>United States v. Brooks</u>, No. S2 06 Cr. 550 (JS) (AKT)

Dear Judge Seybert:

I have reviewed a copy of the Affidavit of David Brooks dated December 27, 2013 in support of his motion for recusal ("Brooks Aff."). Mr. Brooks states on page 11 of his affidavit that he "had no discussion with any attorney regarding the possibility of recusal" and that he "never agreed to waive the issue [of recusal]." With respect to Richard Greenberg's July 19, 2013 letter to the Court, which states that I had met with Mr. Brooks that day and that "Mr. Brooks has no intention of moving to recuse or disqualify the Court" (the "Greenberg Letter"), Mr. Brooks "disavow[s] the assertions" contained in that letter.

Because the Greenberg Letter was based on information provided by me, Mr. Brooks' affidavit effectively accuses me of participating in a false representation to the Court. Given the serious nature of such an accusation, I write to make clear to the Court, and have communicated to the Government, that I deny that accusation, and fully stand by the statements made in the Greenberg Letter.

Respectfully submitted,

Tai Park

cc (via email):
  AUSA Chris Caffarone
  AUSA Patrick Sinclair

Hon. Joanna Seybert
February 13, 2014
Page 2

       Gerald L. Shargel, Esq.
       David M. Goldstein, Esq.